UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NORMET INDUSTRIES LIMITED HK,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FLOYD OLSON, an individual, and<br>5 IRON MINING, LLC, et. al,<br><br>　　　　Defendants. | NO. CV-11-00238-JLQ<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS AND DIRECTING ENTRY OF JUDGMENT |

BEFORE THE COURT is the Stipulated Motion for Order of Dismissal (ECF No. 27) wherein the parties state that the action has been fully compromised and settled and may be dismissed with prejudice and without costs or attorney fees to any party. Accordingly,

**IT IS HEREBY ORDERED:**

1. The Stipulated Motion (ECF No. 27) is **GRANTED**.

2. The Clerk shall enter Judgment dismissing the Complaint (ECF No. 1) and the claims therein and Counterclaims (ECF No. 4) and the claims therein with prejudice without costs or attorney fees to any party.

**IT IS SO ORDERED**. The Clerk is hereby directed to file this Order, enter Judgment, furnish copies to counsel, and close this file.

**DATED** this 26th day of June, 2012.

　　　　　　　　　　s/ Justin L. Quackenbush
　　　　　　　　JUSTIN L. QUACKENBUSH
　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1