AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

NORMET INDUSTRIES LIMITED HK,

v.

FLOYD OLSON, an individual, and 5 IRON MINING, LLC, et al.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-238-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to   hearing   before the Court. The issues have been heard    and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Complaint and the claims therein and Counterclaims and the claims therein are dismissed with prejudice and without costs or attorney fess to any party.

June 26, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Virginia Reisenauer
*(By) Deputy Clerk*
Virginia Reisenauer